UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
against

Deborah Ofori

(Alias) _____

Please PRINT Clearly

07 Mag 969
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

NOTICE OF
APPEARANCE

TO: **CLERK OF COURT S.D.N.Y. (Magistrate Court Clerk)**

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA   2. [✓] RETAINED   3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [✓] YES-IF YES GIVE YOUR DATE OF ADMISSION. Mo._____ YR 2000

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE __NY__ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
7/23/07

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY

Xavier R. Donaldson
Attorney for Defendant

Donaldson, Chilliest + McDaniel
Firm name if any

103 E 125th St Ste 1102
Street address

New York   NY   10035
City        State   Zip

212 722 4900   212 722 4966
Telephone No.

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK
SNY CR. FORM REV. 0186